# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | 2:12-CR-049-KJD-(PAL) |
| JASON WEBB, | ) ) ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on August 21, 2012, defendant JASON WEBB pled guilty to a One-Count Criminal Indictment charging him with Unlawful Possession of a Firearm in violation of Title 18, United States Code, Section 922(g)(1).

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the offense to which defendant JASON WEBB pled guilty.

The following assets are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c);

      a.    a Rohm-Gmbh, Model 66, .22 caliber revolver, serial number IB21943; and

      b.    any and all ammunition ("property").

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

1     NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the
2 United States of America should seize the aforementioned property.
3     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of
4 JASON WEBB in the aforementioned property is forfeited and is vested in the United States of
5 America and shall be safely held by the United States of America until further order of the Court.
6     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America
7 shall publish for at least thirty (30) consecutive days on the official internet government forfeiture
8 website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state
9 the time under the applicable statute when a petition contesting the forfeiture must be filed, and state
10 the name and contact information for the government attorney to be served with the petition,
11 pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).
12     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be
13 filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.
14     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any,
15 shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the
16 following address at the time of filing:

17     Michael A. Humphreys
    Assistant United States Attorney
18     Daniel D. Hollingsworth
    Assistant United States Attorney
19     Lloyd D. George United States Courthouse
    333 Las Vegas Boulevard South, Suite 5000
20     Las Vegas, Nevada 89101.

21     IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein
22 need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency
23 . . .
24 . . .
25 . . .
26 . . .

following publication of notice of seizure and intent to administratively forfeit the above-described property.

DATED this __24th__ day of ____August____, 2012.

_____
UNITED STATES DISTRICT JUDGE