**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 2:12-CR-49-KJD-(PAL) |
| | ) | |
| JASON WEBB, | ) | |
| | ) | |
| Defendant. | ) | |

**FINAL ORDER OF FORFEITURE**

On August 24, 2012, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); and Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant JASON WEBB to a criminal offense, forfeiting specific property alleged in the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant JASON WEBB pled guilty. Criminal Indictment, ECF No. 1; Minutes of Change of Plea Proceedings, ECF No. 33; Preliminary Order of Forfeiture, ECF No. 35.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from August 30, 2012, through September 28, 2012, notifying all third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 36.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2  for presenting such petitions has expired.
3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4  title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5  United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6  32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7  2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8  law:
9    a.  a Rohm-Gmbh, Model 66, .22 caliber revolver, serial number IB21943; and
10   b.  any and all ammunition ("property").
11   IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
12  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
13  as any income derived as a result of the United States of America's management of any property
14  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
15  according to law.
16   The Clerk is hereby directed to send copies of this Order to all counsel of record and three
17  certified copies to the United States Attorney's Office.
18   DATED this ___3___ day of __December__, 2012.

            _____
20          UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the foregoing on December 3, 2012, by the below identified method of service:

CM/ECF:

Rachel M. Korenblat
Federal Public Defender
411 E. Bonneville Ave Suite 250
Las Vegas, NV 89101
Email: rachel_korenblat@fd.org
Counsel to Defendant Jason Webb

/s/ Elizabeth Baechler-Warren
Elizabeth Baechler-Warren
Forfeiture Support Associate Paralegal