RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JACQUELYN N. WITT
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jackie_Witt@fd.org

Attorney for Jason Webb

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JASON WEBB,<br><br>        Defendant. | Case No. 2:12-CR-00049-KJD-PAL-1<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jason Webb, that the Revocation Hearing currently scheduled on November 3, 2022 at 9:30 am, be vacated and continued to November 15, 2022 at 11:30 am or a date thereafter that is convenient for the court.

This Stipulation is entered into for the following reasons:

1. The revocation hearing was initially scheduled for November 9, 2022, at 11:30 a.m. ECF No. 91.

2. The defendant informed the government he would seek a contested revocation hearing. On October 3, 2022, the government issued subpoenas to witnesses for the November 9, 2022 hearing.

3. On October 25, 2022, the Court advanced the hearing to November 3, 2022 at 9:30 a.m. ECF No. 93.

4. Government counsel assigned to this case was scheduled to be on trial in another case, *United States v. Stephen Parshall*, 2:20-cr-00308-JAD-DJA.[1]

5. The government needed additional time due to the scheduling conflict and needed to issue new subpoenas for the witness to be prepared for the contested hearing.

6. Defense counsel needs additional time to conduct investigation as to the allegations in the Petition, and to prepare, if necessary, for the revocation hearing.

7. The parties reached out to the Courtroom Administrator to determine a convenient time to reschedule the hearing. The proposed date is November 15, 2022 at 11:30 a.m.

8. Mr. Webb is out of custody and does not oppose the continuance.

9. The parties agree to the continuance.

This is the third request for a continuance of the revocation hearing.

DATED this 2nd day of November 2022.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender | By */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney |

---

[1] On October 31, 2022, the defendant pleaded guilty and the government attorney will no longer be on trial. However, the parties agreed to stipulate to a continuance prior to the trial being continued and the government will not be prepared for the currently scheduled hearing date.

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:12-CR-00049-KJD-PAL-1 |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| JASON WEBB, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Thursday, November 3, 2022 at 9:30 a.m., be vacated and continued to November 15, 2022 at the hour of 11:30 a.m. in courtroom 4A.

DATED this 2nd day of November 2022.

_____
UNITED STATES DISTRCIT JUDGE

3