JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
BIANCA R. PUCCI
Assistant United States Attorney
Nevada Bar No. 16129
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Bianca.Pucci@usdoj.gov
*Attorneys for the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   v.<br><br>JASON WEBB,<br><br>   Defendant. | Case No. 2:12-cr-00049-KJD-PAL-1<br><br>**Stipulation to Continue Supervised Release Revocation Hearing**<br><br>**(First Request)** |

　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Bianca R. Pucci, Assistant United States Attorney, counsel for the United Stated of America, and Rene L. Valladares, Federal Public Defender, and Jacquelyn N. Witt, Assistant Federal Public Defender, counsel for Jason Webb, that the Supervised Release Revocation Hearing currently scheduled on Tuesday, June 13, 2023, at 10:00 a.m., be vacated and continued to a time convenient to the Court but no sooner than 14 days. This Stipulation is entered into for the following reasons:

　　1.　Defense counsel needs additional time to discuss the case with the defendant to determine whether or not the case will proceed to a contested hearing.

　　2.　In the even there is a contested hearing, the government needs additional time to issue subpoenas for witness(es) to appear.

3. The defendant is in custody and does not object to the continuance.

4. The parties agree to the continuance.

5. This is the first request for continuance filed herein.

DATED this 9th day of June, 2023.

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| */s/ Bianca R. Pucci*<br>BIANCA R. PUCCI<br>Assistant United States Attorney | */s/ Jacquelyn N. Witt*<br>JACQUELYN N. WITT<br>Assistant Federal Public Defender<br>Attorney for Defendant Jason Webb |

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON WEBB,<br><br>　　　　Defendant. | Case No. 2:12-cr-00049-KJD-PAL-1<br><br>**ORDER** |

Based on the Stipulation of counsel, good cause appearing therefore, the Court finds that:

　　1.　Defense counsel needs additional time to discuss the case with the defendant to determine whether or not the case will proceed to a contested hearing.

　　2.　In the even there is a contested hearing, the government needs additional time to issue subpoenas for witness(es) to appear.

　　3.　The defendant is in custody and does not object to the continuance.

　　4.　The parties agree to the continuance.

　　5.　This is the first request for continuance filed herein.

　　IT IS HEREBY ORDERED that the Supervised Release Revocation Hearing currently scheduled on Tuesday, June 13, 2023 at the hour of 10:00 a.m., be vacated and continued to July 18, 2023 at the hour of 11:00 a.m. in courtroom 4A.

　　DATED this _9th_ day of June, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Judge Kent J. Dawson
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge