UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JASON WEBB,<br><br>    Defendant. | Case No. 2:12-cr-00049-KJD-PAL<br><br>**ORDER** |

Presently before the Court is defense counsel's sealed Ex Parte Motion to Withdraw (#114). Having read and considered the motion, and good cause being found, the Court grants the motion to withdraw. However, in order to give Defendant's newly assigned counsel adequate time to prepare, the Court asks the parties to file a continuance regarding the Hearing re Revocation of Supervised Release scheduled for July 18, 2023, at 11:30 am.

Accordingly, **IT IS HEREBY ORDERED** that defense counsel's sealed Ex Parte Motion to Withdraw (#114) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk of the Court appoint new counsel for Jason Webb from the CJA panel to represent Mr. Webb in all further proceedings.

DATED this 12th day of July 2023.

_____
Kent J. Dawson
United States District Judge